IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) JOSE DE LEON**<br>2) WILSON CONCEPCION<br>Defendants | CRIMINAL 13-0009CCC |

**ORDER**

     Having considered the Report and Recommendation filed on August 20, 2013 (**docket entry 47**) on a Rule 11 proceeding of defendant José de León (1) held before U.S. Magistrate Judge Bruce J. McGiverin on August 16, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.  However, the Court will defer its decision on whether to accept the parties' Fed. R. Crim. P. 11(c)(1)(C) Plea Agreement until it reviews the Presentence Report, pursuant to Fed. R. Crim. P. 11(c)(3)(A).

     This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 16, 2013.  The **sentencing hearing is set for November 20, 2013 at 4:15 PM**.

     SO ORDERED.

     At San Juan, Puerto Rico, on September 10, 2013.

                                                  S/CARMEN CONSUELO CEREZO
                                                 United States District Judge